# Court of Appeals
# of the State of Georgia

ATLANTA,  July 16, 2021

*The Court of Appeals hereby passes the following order:*

**A21A1732. KENNETH CLAY v. THE STATE.**

In November 2019, a grand jury indicted Kenneth Clay for failing to register as a sex offender and violating a sex offender restriction. During his prosecution, Clay filed several pro se motions, which the trial court denied in November 2020, and Clay filed a timely pro se notice of appeal that same month. A jury found him guilty of the charged offenses the following month. The trial court imposed his sentence on February 19, 2021, and Clay, through counsel, filed a motion for a new trial that same day. The case is now before us on Clay's November 2020 pro se notice of appeal.

Because this action remained pending against Clay in November 2020, his notice of appeal was interlocutory and, as a result, premature. See generally *Boyd v. State*, 191 Ga. App. 435, 435 (383 SE2d 906) (1989). Assuming, without deciding, that the November 2020 notice of appeal potentially could ripen when the case is final, it has not yet ripened, given the pending motion for a new trial. See *Jones v. State*, 309 Ga. App. 149, 149-150 (1) (709 SE2d 593) (2011) (concluding that, where a timely motion for a new trial is filed following a judgment of conviction, the trial court retains jurisdiction to rule on the motion for a new trial, notwithstanding a previously filed, premature notice of appeal). Consequently, this appeal is hereby DISMISSED and the case is REMANDED for the trial court to consider Clay's motion for a new trial. See id. Should Clay wish to appeal the trial court's ruling on his motion for a new trial, he must file a new notice of appeal – through counsel, if

he remains represented, see *Soberanis v. State*, 345 Ga. App. 403, 405 (812 SE2d 800) (2018) – referencing the ruling on his motion for a new trial at that time.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* ___07/16/2021___
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

___Stephen E. Castlen_____, *Clerk.*